IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

FORT SMITH DIVISION

NOAH STEFFY        2:17 cv 2228        PLAINTIFF

V

GROUP COORDINATOR BRENDA BROWN,        DEFENDANTS

SUPERVISOR MATT SHORES,

RHEEM HR SUPERVISOR ROD DHONE,

MANAGER "T",

RHEEM MANUFACTURING

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Comes now pro se Plaintiff Noah Steffy alleging federal Civil Rights violations by Defendants against Plaintiff and states in support:

I

Jurisdiction is proper for this Court and this Complaint is timely.

II

Plaintiff was employed by Defendant Rheem in April 2017 and was assigned to work under Defendant Group Coordinator Brenda Brown and Defendant Supervisor Matt Shores.

Beginning immediately after starting to work under the direction and supervision of Defendant Brenda Brown she began harassing Plaintiff, assigning him tasks that per company policy required two-to-three persons, and would frequently publicly berate Plaintiff threatening his employment if he asked for help.

Defendant Brown often made very vocal and public comments derogatory against Plaintiff's religious beliefs, hair color, sex, and age and would often threaten to have him escorted off the premises if he wasn't able to perform illegally dangerous and prohibited, burdensome tasks she would often order him to complete without assistance from other employees under her direct supervision, including her brother and other female employees whom she frequently allowed to goof off, play with their phones (many times together and with her), and whom were repeatedly ordered by Brown to not help Plaintiff perform said tasks. To say she created a hostile work environment would be an understatement; she would often insinuate violence by other employees in her numerous public comments against the Plaintiff.

On or about June 29, 2017, after enduring increasingly hostile and life-threatening actions by Defendant Brown and her brother, Plaintiff informed Defendant Matt Shores of all that had occurred and requested a formal grievance and complaint be initiated. The next day Plaintiff was advised by Defendant Shores that he had informed his boss, Defendant Manager "T", but that "T" was good friends with Defendant Brown and her brother and had been so for decades since their days at Whirlpool. Also on June 30, 2017, with no training and no protective equipment issued, Plaintiff was transferred to another Department called Auto Brazing and, in response to Plaintiff's query about proper training and equipment, threatened by Defendant Rod Dhone's subordinate with job loss if ordered tasks weren't completed. Later that day while

attempting to perform the tasks ordered him in Auto Brazing, Plaintiff suffered 2nd and 3rd Degree burns on 1/6th of his left arm. While patching Plaintiff's arm the Plant Nurse called Defendant Rod Dhone who instructed her to tell Plaintiff that he risked getting "points' and losing his job if he went home. Plaintiff was transferred back to the direct Supervision of Defendant Brown where the aforementioned behavior against Plaintiff by Brown and her brother continued and intensified until on July 15, 2017, while attempting to perform a task ordered by Defendant Brown without assistance and threatened by Brown with job loss, he suffered permanent and life altering injury requiring surgery which was performed on August 31, 2017.

Defendant Rheem knew or should have known of the behavior of its subordinates, instead choosing to allow and foster a work environment that condoned behavior described herein by its Group Coordinators, Supervisors, and upper level employees acting on its behalf for benefit. Defendant Rheem displayed and continues to display a callous and criminal disregard for the dignity and value of human life.

Because of the permanent injury Plaintiff suffered he has not been able to return to any normalcy, has permanent scarring, has not been able to resume normal physical activity (can't even play in the yard with his children), and as a result was let go from Rheem employment by Defendant Rod Dhone putting Plaintiff and his family in even worse and threatening straits.

Plaintiff will prove at trial these claims through witnesses, current and former Rheem employees and victims, evidence, and testimony.

## RELIEF

Plaintiff seeks $25,000 in Compensatory Damages and $75,000 in Punitive Damages.

Plaintiff prays this Court impose any other Relief it deems just.

Respectfully Submitted,

Noah Steffy.pro se Plaintiff

2405 High Street

Fort Smith, AR 72904

(479)494-0033