IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

FORT SMITH DIVISION

NOAH STEFFY                                                                                     PLAINTIFF

V                                              CASE NO. 17-2228

GROUP COORDINATOR                                                                    DEFENDANTS

BRENDA BROWN, et al

## MOTION FOR ENTRY OF DEFAULT AND

## DEFAULT JUDGMENT

Comes now pro se Plaintiff Noah Steffy pursuant to Federal Rules of Civil Procedure Rule 55(a)(b), and for his Motion for Entry of Default and Default Judgment against Defendants Brenda Brown, Matt Shores, and Rod Dhone, and affidavit in support, does hereby state and attest:

I

On January 3, 2018 his Court Ordered the US Marshals office to execute service and issue Summons in this case on the above-mentioned defendants granting same 21 days to Answer. Summons was Returned Executed and served by the US Marshals office on Defendants Brown, Shores, and Dhone on January 17, 2018, with Answers due February 7, 2018 (see document no.10 Service of Process). To Plaintiff's knowledge and search these defendants are

NOT on Active Duty in the US military, are NOT minors, and have NOT been adjudicated incompetent.

II

As of this filing, February 9, 2018 Defendants Brenda Brown, Matt Shores, and Rod Dhone, have failed to Answer or enter any other appearance or defense against Plaintiff's Complaint as Ordered by this Court, are estopped from doing so, and are in Default.

III

There are no issues of material facts in dispute, Plaintiff suffered permanent injury and scarring from the grave and intentional deprivation of civil rights by Defendants Brenda Brown, Matt Shores, and Rod Dhone as outlined in his original Complaint and is entitled to Default Jufgment against these Defendants for the Relief sought (see original Complaint filed December 12, 2017, incorporated herein).

WHEREFORE, for the reasons listed above, and for the ends of justice to be sreved, Plaintiff moves this Court for Entry and Order of Default judgment in favor of Plaintiff for the Relief sought against Defendant Group Coordinator Brenda Brown, Defendant Supervisor Matt Shores, Defendant Rheem HR Supervisor Rod Dhone.

Respectfully Submitted
02/09/2018

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE ABSOULTE BEST OF MY KNOWLEDGE AND ABILITY

*[signature]* 2/9/18

Noah Steffy, pro se Plaintiff

2405 High St

Fort Smith, AR 72904

(479)494-0033